IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TIMOTHY LEE SMITH, JR.                                PLAINTIFF

VS.                                     CAUSE NO. 3:17CV232-SA-RP

CITY OF OLIVE BRANCH, MISSISSIPPI                                DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Upon motion of the parties, the Court is advised that the insurer for the City of Olive Branch, Mississippi, and Plaintiff Timothy Lee Smith, Jr. have compromised and settled this case and, for that reason, any and all claims by or on behalf of Timothy Lee Smith, Jr. in this action against Defendant, City of Olive Branch, Mississippi, are hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

SO ORDERED, this the 23rd day of August, 2018.

                                                             /s/ Sharion Aycock
                                                             UNITED STATES DISTRICT JUDGE

The Following Agree to Entry
of the Above and Foregoing Order:

s/Jim Waide
Attorney for Plaintiff

s/Berkley N. Huskison
Attorney for Defendant